IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED JUL 1 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| MISTY METCALF,<br><br>               Plaintiff,<br><br>vs.<br><br>ONEOK, INC.,<br><br>               Defendant. | CV 18-11-BLG-SPW-TJC<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on June 12, 2019. (Doc. 28.) The Magistrate recommended the Court grant ONEOK, Inc.'s motion for summary judgment. (Doc. 28 at 9.)

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find the Magistrate committed clear error.

1

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 28) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that ONEOK, Inc.'s Motion for Summary Judgment (Doc. 20) is GRANTED. The Clerk of Court shall enter judgment in favor of ONEOK, Inc. and close this case.

DATED this 1st day of July, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge