UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MISTY METCALF,<br><br>    Plaintiff,<br><br>vs.<br><br>ONEOK, INC.,<br><br>    Defendant. | Case No. CV-18-11-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  IT IS ORDERED AND ADJUDGED Judgment is entered in favor of defendant ONEOK, INC. and against Misty Metcalf as entered in the Court's Order E.C.F. 29 filed on July 1, 2019.

  Dated this 2nd day of July, 2019.

        TYLER P. GILMAN, CLERK

        By: /s/ E.Hamnes
        E.Hamnes , Deputy Clerk